THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAYMOND WILLIAMS, a/k/a CURTIS SMITH, Defendant-Appellant.

(No. 57476; )

First District (3rd Division)—June 28, 1973.

PER CURIAM.

SCHWARTZ, J., took no part.

Leonard Karlin, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and James R. Carlson, Assistant State's Attorneys, of counsel,) for the People.